

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00023-CR

_____

JERRY GEE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 114th District Court
Smith County, Texas
Trial Court No. 114-0957-12

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Cassie Condrey has filed a third request for extension of time to prepare the reporter's record in cause number 06-13-00023-CR, styled *Jerry Gee v. The State of Texas*, appealed from the 114th Judicial District Court of Smith County, Texas. The reporter's record was originally due in this case on or before February 18, 2013. It is currently due, on Condrey's second request for extension, April 17, 2013.

The Texas Rules of Appellate Procedure instruct:

> The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. The appellate court may extend the deadline to file the record if requested by the clerk or reporter. Each extension must not exceed 30 days in an ordinary or restricted appeal, or 10 days in an accelerated appeal. The appellate court must allow the record to be filed late when the delay is not the appellant's fault, and may do so when the delay is the appellant's fault. The appellate court may enter any order necessary to ensure the timely filing of the appellate record.

TEX. R. APP. P. 35.3(c).

In furtherance of our responsibilities, we find we must take steps to ensure the timely filing of this appellate record.

We overrule Condrey's third request for an extension of time.

Further, we order that Condrey complete and file the reporter's record in this matter on or before May 17, 2013.

If the record is not received by May 17, we warn Condrey that we may begin contempt proceedings requiring her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: April 30, 2013